UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EFRAIN SALGADO, JR.,

    Plaintiff,

v.                                    Case No: 6:12-cv-972-Orl-18KRS

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on plaintiff's appeal to the District Court from the final decision of the Commissioner of Social Security denying his claim for social security benefits. The Court having reviewed the report and recommendation of the magistrate judge (Doc. No. 18), it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED and ADOPTED**. The decision of the Commissioner is **AFFIRMED**. Clerk of the Court is directed to issue a judgment for the Commissioner consistent with this order and **CLOSE** the case.

**DONE AND ORDERED** at Orlando, Florida, this 21 day of August, 2013.

                                              G. KENDALL SHARP
                                  SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record